*gmr*

**United States District Court**
**Office of the Clerk**
**Eastern District of Texas**

**07C 6813**

**FILED**

DEC 26 2007

DEC 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

David J. Maland
    Clerk

4:07cv493
King
    v.
Ocwen Loan Servicing LLC

US District Clerk
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Clerk:

Pursuant to an order from the Judicial Panel on Multidistrict Litigation - Conditional Transfer Order (CTO-47), we are transferring to your district the above entitled case of action. We are forwarding certified copies of the Conditional Transfer Order (CTO-47), docket sheet, and Notice of Removal.

In February 2004, the Eastern District of Texas implemented CM/ECF. You may access our electronic case file at the following web address: _____. We have assigned a login and password for the district courts to use in accessing this information. The login is _____ and the password is _____

The login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

If you need help accessing our electronic file call us at 903-892-2921.

Please acknowledge receipt of these documents on the copy of this letter and return it to this office in the enclosed envelope.

Sincerely,
David J. Maland, Clerk

By Becca Ferrill
    Deputy Clerk

Enclosures

Received items described above on this date: _____
Case Number Assigned: _____

Clerk, US District Court
by _____

CLOSED

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Sherman)
## CIVIL DOCKET FOR CASE #: 4:07-cv-00493-RAS
### Internal Use Only

King et al v. Ocwen Loan Servicing LLC et al

Assigned to: Judge Richard A. Schell

Case in other court: 416th Judicial District Court of Collin County TX, 416-11-00007

Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 10/24/2007
Date Terminated: 12/03/2007
Jury Demand: Plaintiff
Nature of Suit: 290 Real Property: Other
Jurisdiction: Diversity

**Plaintiff**

**Gary King**                 represented by  **William H Oliver**
Pipkin Oliver & Bradley
1020 NE Loop 410
Suite 810
San Antonio, TX 78209
210/820-0082
Fax: 210/820-0077
Email: wholiver@pobllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
Ellis Carstarphen Dougherty Goldenthal
5847 San Felipe
Suite 1900
Houston, TX 77057
713/647-6800
Fax: 713/647-6884
Email: emc@ecdglaw.com
*ATTORNEY TO BE NOTICED*


A TRUE COPY
DAVID J. MALAND CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By:

**Plaintiff**

**Lisa King**                represented by  **William H Oliver**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Edward Morgan Carstarphen, III**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ocwen Loan**              represented by  **Mark Douglas Cronenwett**
**Servicing LLC**                            Cowles & Thompson - Dallas
*Successor in Interest to*                   Corporate
*Ocwen Federal Bank,*                        901 Main Street
*FSB*                                        Suite 4000
                                             Dallas, TX 75202-3793
                                             214/672-2000
                                             Fax: 12146722359
                                             Email:
                                             mcronenwett@cowlesthompson.com

                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Lindsay Leever Stansberry**
                                             Cowles & Thompson - Tyler
                                             1202 First Place
                                             Tyler, TX 75702
                                             903/596-9000
                                             Email:
                                             lstansberry@cowlesthompson.com
                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**US Bank National Association**
*Successor in Interest to Wachovia Bank, NA f/k/a First Union National Bank, as Trustee for American Residential Eagle Certificate Trust 1998-1*

represented by **Mark Douglas Cronenwett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay Leever Stansberry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Russell Stockman**
*Substitute Trustee*

represented by **Don T Schwartz**
Schwartz & Kalinowski
1821 Mons Avenue
Rosenberg, TX 77471
281-342-2806
Fax: 281-342-2807
Email:
schwartz_kalinowski@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Baxter & Schwartz PC**

represented by **Don T Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Holders and/or Owners of Residual Interest in Securitization of the American Residential Eagle Certificate Trust 1998-1**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2007 | ◉1 | NOTICE OF REMOVAL against US Bank National Association, Russell Stockman, Baxter & Schwartz PC, Ocwen Loan Servicing LLC, Unknown Holders and/or Owners of Residual Interest in Securitization of the American REsidential Eagle Certificate Trust 1998-1 (Filing fee $ 350;receipt #4-2-1902), filed by US Bank National Association, Ocwen Loan Servicing LLC. (Attachments: # 1 List of All Parties# 2 List of All Known Counsel of Record# 3 Index of Documents Attached# 4 Exhibit A Certified Copy of State Court Docket Sheet# 5 Exhibit B-1 Original Complaint filed in State Court# 6 Exhibit B-2 Original Answer of Dft Ocwen Lan Servicing & US Bank National Assoc. filed in State Court# 7 Exhibit B-3 Original Answer of Dfts Stockman & Baxter & Schwartz PC filed in State Court# 8 Exhibit C# 9 Exhibit D# 10 Exhibit E# 11 Exhibit F# 12 Civil Cover Sheet)(baf, ) (Entered: 10/25/2007) |
| 10/24/2007 | ◉2 | NOTICE OF CERTIFICATE OF INTERESTED PERSONS by US Bank National Association, Ocwen Loan Servicing LLC (baf, ) (Entered: 10/25/2007) |
| 10/24/2007 | ◉3 | Magistrate Consent Form and Notice of Case Assignment sent electronically to US Bank National Association, Russell Stockman, Baxter & Schwartz PC, Gary King, Lisa King, Ocwen Loan Servicing LLC (Attachments: # 1 Notice of Case Assignment) (baf, ) (Entered: 10/25/2007) |
| 10/31/2007 | ◉4 | ORDER TO CONDUCT RULE 26(f) CONFERENCE - Rule 26 Meeting Joint Written Report due by 12/28/2007. Signed by Judge Richard A. Schell on 10/30/2007. (baf, ) (Entered: 10/31/2007) |
| 11/16/2007 | ◉5 | NOTICE by Gary King, Lisa King *Plaintiffs' Verified Denial of Defendants' Claim of Status* (Oliver, |

| | | William) (Entered: 11/16/2007) |
|---|---|---|
| 11/27/2007 | 6 | MOTION to Stay *Unopposed* by Ocwen Loan Servicing LLC. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(Cronenwett, Mark) (Entered: 11/27/2007) |
| 12/03/2007 | 7 | CONDITIONAL TRANSFER ORDER (CTO-47) transferring case to the Northern district of Illinois, with the consent of the court assigned to the Honorable Charles R Norgle, Sr. (baf, ) (Entered: 12/05/2007) |
| 12/03/2007 | | Interdistrict transfer to the Northern District of Illinois. Mailed certified copies of docket sheet and complaint with transmittal letter and copy of ND/IL conditional transfer order. (baf, ) (Entered: 12/05/2007) |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 3 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 3 2007

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION
    Gary King, et al. v. Ocwen Loan Servicing, LLC., et al.,          )
      E.D. Texas, C.A. No. 4:07-493                                    )    MDL No. 1604
    James Hallmark, et al. v. Ocwen Loan Servicing, LLC,             )
      et al., W.D. Texas, C.A. No. 5:07-868                            )

4:07cv493

CONDITIONAL TRANSFER ORDER (CTO-47)

On April 13, 2004, the Panel transferred six civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1376 (J.P.M.L. 2004). Since that time, 75 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Norgle, Sr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Norgle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of April 13, 2004, and, with the consent of that court, assigned to the Honorable Charles R. Norgle, Sr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 9 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

November 29, 2007

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

4:07cv493

DEC - 3 2007

Re: MDL No. 1604 -- IN RE: Ocwen Federal Bank FSB Mortgage Servicing Litigation LAND, CLERK

BY
DEPUTY

(See Attached CTO-47)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 13, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc:  Transferee Judge:    Judge Charles R. Norgle, Sr.
     Transferor Judges:   Judge Richard A. Schell; Judge Orlando L. Garcia
     Transferor Clerks:   David J. Maland; William G. Putnicki

JPML Form 36

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION                                              MDL No. 1604

## INVOLVED COUNSEL LIST (CTO-47)

Brian P. Brooks
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

Richard G. Carlston
MILLER STARR & REGALIA
1331 North California Blvd.
Fifth Floor
Walnut Creek, CA 94596

Edward M. Carstarphen
ELLIS CARSTARPHEN DOUGHERTY
  & GOLDENTHAL PC
5847 San Felipe
Suite 1900
Houston, TX 77057

Mark D. Cronenwett
COWLES & THOMPSON PC
901 Main Street
Suite 4000
Dallas, TX 75202-3793

Kelly M. Dermody
LIEFF CABRASER HEIMANN &
  BERNSTEIN LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111

Daniel A. Edelman
EDELMAN COMBS LATTURNER &
  GOODWIN LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Robert C. Hilliard
HILLIARD & MUNOZ LLP
719 S. Shoreline Boulevard
Suite 500
Corpus Christi, TX 78401-0548

Niall P. McCarthy
COTCHETT PITRE & MCCARTHY
840 Malcolm Road
Suite 200
Burlingame, CA 94010

William H. Oliver
PIPKIN OLIVER & BRADLEY LLP
1020 N.E. Loop 410
Suite 810
San Antonio, TX 78209

Don T. Schwartz
SCHWARTZ & KALINOWSKI
1821 Mons Avenue
Rosenberg, TX 77471

Lindsay L. Stansberry
COWLES & THOMPSON PC
1202 First Place
Suite 1202
Tyler, TX 75702