## List of All Parties

Gary King, Plaintiff

Lisa King, Plaintiff

Ocwen Loan Servicing, LLC, Successor in Interest to Ocwen Federal Bank, FSB, Defendant

U.S. Bank National Association, successor in interest to Wachovia Bank, N.A. f/k/a First Union National Bank, as Trustee for American Residential Eagle Certificate Trust 1998-1, Defendant

Russell Stockman, Substitute Trustee, Defendant

Baxter & Schwartz, PC, Defendant

## Removed From the Following Court

Cause No. 416-3011-07
416th Judicial District Court, Collin County, Texas
2100 Bloomdale Road, Suite 10353
McKinney, TX 75071
Phone: 972 548-4320

## Current Status of Removed Case

Pending

## Record of Jury Demand

Plaintiffs Gary King and Lisa King requested trial by jury in her Original Petition, filed September 5, 2007.