## List of All Known Counsel of Record

<u>For Plaintiffs Gary King and Lisa King</u>

William H. Oliver, Esq.
Pipkin, Oliver & Bradley, L.L.P.
1020 Northeast Loop 410, Suite 810
San Antonio, Texas 78209
210.820.0082 (Phone)
210.820.0077 (Fax)

Robert C. Hilliard, Esq.
Hilliard & Munoz, L.L.P.
719 S. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
361.882.1612 (Phone)
361.882.3015 (Fax)

Edward M. Carstarphen, Esq.
Ellis, Carstarphen, Dougherty & Coldenthal, P.C.
5847 San Felipe, Suite 1900
Houston, Texas 77057
713.647.6800 (Phone)
713.647.6884 (Fax)

<u>For Defendants Ocwen Loan Servicing, LLC, Successor in Interest to Ocwen Federal Bank FSB ("Ocwen") and U.S. Bank National Association, as Trustee</u>

Mark D. Cronenwett,
Lead Attorney
COWLES & THOMPSON, PC
901 Main St., Suite 4000
Dallas, TX 75202
214.672.2000 (Phone)
214.672.2020 (Fax)

Lindsay L. Stansberry
COWLES & THOMPSON, PC
1202 First Place
Tyler, TX 75702
903.596.9000 (Phone)
903.596.9005 (Fax)

For Defendants Baxter & Schwartz, P.C. and Russell Stockman

Don Schwartz
SCHWARTZ & KALINOWSKI, LLP
1821 Mons Avenue
Rosenberg, TX 77471
281.342.2806 (Phone)
281.342.2807 (Fax)