## INDEX OF DOCUMENTS ATTACHED

| | |
|---|---|
| Exhibit A | Certified Copy of the Docket Sheet for Cause No. 416-3011-07 in the 416th Judicial District Court of Collin County, Texas; |
| Exhibit B | Pleadings in Cause No. 416-3011-07 in the 416th Judicial District Court of Collin County, Texas; |
| B-1 | Plaintiffs' Original Petition and Request for Disclosure, filed September 5, 2007; |
| B-2 | Special Exceptions and Original Answer of Ocwen Loan Servicing, LLC, Successor in Interest to Ocwen Federal Bank, FSB, U.S. Bank National Association, filed October 9, 2007; |
| B-3 | Defendants Russell Stockman, Christopher K. Baxter [sic] and Baxter & Schwartz, P.C.'s Special Exceptions and Original Answer, filed October 18, 2007; |
| Exhibit C | Baxter & Schwartz, P.C. Notice of Citizenship and Consent to Removal; |
| Exhibit D | Russell Stockman Consent to Removal; |
| Exhibit E | Declaration of Chomie Neil; and |
| Exhibit F | Trial Transcript excerpt, Cause No. 04CV1469 in the 212th Judicial District Court for Galveston County, Texas. |