# EXHIBIT A

JURY FEE PAID

C I V I L   D O C K E T

| Number Of Case | NAMES OF PARTIES | ATTORNEYS | Kind of Action |
|---|---|---|---|
| 416-03011-07 | GARY KING AND LISA KING | WILLIAM H OLIVER | ACCTS-CONTS-NOTES |
| | | 1020 NORTHEAST LOOP 410, STE 810 | |
| DATE OF FILING | | | Plaintiff |
| Month Day Year | VS. | SAN ANTONIO, TX  78209  210-820-0082 F: 210-820-0077 | |
| 09  05  07 | OCWEN LOAN SERVICING, LLC, ET AL | Mark Cronenwett | 416-3011-07 — STOCKMAN, B + SCHWA |
| Jury Fee: 300 | | 901 Main St. #4000 | DON T SCHWARTZ |
| 9-5-07 | | Dallas, TX 75202 | 1821 MONS AVENUE |
| Paid by: PL | | 214-672-2151 | ROSENBERG, TX 77471 |
| | | | 281-342-2806-H 281-342-2807-F |

| DATE OF ORDERS | | | ORDERS OF COURT | PROCESS |
|---|---|---|---|---|
| Month | Day | Year | | |
| | | | | 10-9-07 answer/Ocwen loan + US Bank |
| | | | | 10-19-07 Orig. Ans / Stockman, Baxter + B+x 10 + Schwartz |

STATE OF TEXAS  )
COUNTY OF COLLIN  )
I, Hannah Kunkle, District Clerk in and for Collin County Texas, do
hereby certify that the above and foregoing is a true and correct copy
of the orginal document as the same appears on the file in the
District Court, Collin County, Texas. Witness my hand and seal of
said Court, this the 22 day of Oct A.D., 2007

HANNAH KUNKLE, DISTRICT CLERK
COLLIN COUNTY TEXAS

_____ DEPUTY