# EXHIBIT B-3

Case 1:07-cv-00468-RAS Document 91-8 Filed 12/26/2007 Page 1 of 7

NO. 416-3011-07

| | | |
|---|---|---|
| GARY KING and LISA KING, Plaintiffs | § | IN THE DISTRICT COURT |
| V. | § | OF COLLIN COUNTY, TEXAS |
| OCWEN LOAN SERVICING, LLC, AS SUCCESSOR BY MERGER WITH OCWEN FEDERAL BANK, FSB, WACHOVIA BANK, N.A., F/K/A/ FIRST UNION NATIONAL BANK, AS TRUSTEE FOR AMERICAN RESIDENTIAL EAGLE CERTIFICATE TRUST 1998-1, UNKNOWN HOLDERS AND/OR OWNERS OF RESIDUAL INTEREST IN SECURITIZATION OF THE AMERICAN RESIDENTIAL EAGLE CERTIFICATE TRUST 1998-1, RUSSELL STOCKMAN, SUBSTITUTE TRUSTEE, and BAXTER & SCHWARTZ, P.C., Defendants | § | 416TH JUDICIAL DISTRICT |

### DEFENDANTS RUSSELL STOCKMAN, CHRISTOPHER K. BAXTER, AND BAXTER & SCHWARTZ, P.C.'s SPECIAL EXCEPTIONS AND ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

RUSSELL STOCKMAN, CHRISTOPHER K. BAXTER and BAXTER & SCHWARTZ, P.C., Defendants, file this Original Answer to Plaintiff's Original Petition and by way of answer show:

**Special Exceptions**

1. Defendants especially except to paragraphs 17, 18, 21 and 22 of Plaintiff's Original Petition because Plaintiff has not given fair notice to the Defendants as to how the Defendants committed a wrongful foreclosure, and did not state a specific time period as to when the so called alleged breach occurred.

2. Defendants further except to paragraphs 23, 24, 43 and 45, for the reason that said pleadings refer only to Defendants and not any one specific Defendant, therefore Defendants are not given fair notice as to what conduct they allegedly

committed, therefore cannot properly prepare an adequate response.

### Statute of Limitations

3. Defendants further plead the two and four year Statutes of Limitation as contained in Chapter 16 of Civil Practice and Remedies Code.

### Verified Denial

4. Defendants are not liable in the capacity of which they are sued. Pursuant to 51.007 of the Texas Property Code, Defendants assert that they are not a necessary party and that it is Defendants' belief that it was named as a party solely in its capacity as a Trustee under a Deed of Trust.

### General Denial

5. Defendants generally deny the allegations in Plaintiff's Original Petition and Request for Disclosure and demand strict proof thereof, as required by the Texas Rules of Civil Procedure.

### Affirmative Defenses

6. Defendants make the following affirmative defenses with respect to the allegations of Plaintiff's Original Petition because claims pursuant to Rule 94 of the Texas Rules of Civil Procedure:

    a. Mistake of Fact;
    b. Estoppel;
    c. Two and four year Statutes of Limitation; and
    d. Waiver.

### Reservation of Rights

7. Defendants reserve the right to further plead any and all defenses, affirmative or otherwise; and all other counterclaims to which Defendants may be entitled by this pleading or any amendment to this pleading.

### Attorney's Fees

8. It was necessary for Defendants to obtain the services of SCHWARTZ & KALINOWSKI, L.L.P., a licensed attorney, to prepare and defend this suit. Judgment for attorney's fees and expenses through final judgment after appeal should be granted against Plaintiff and in favor of Defendants' attorney; or, in the alternative, Defendants

request that reasonable attorney's fees and expenses through final judgment and appeal be taxed as costs and be ordered paid directly to Defendants' attorney, who may enforce the order for fees in the attorney's own name.

### Request for Disclosure

9. Plaintiff is requested to disclose within thirty (30) days of this request the information or material described in Texas Rules of Civil Procedure 194.2(a) through (i).

### Prayer

10. For these reasons, Defendants ask the Court to sustain Defendants' Special Exceptions and Defendants further ask the Court to enter judgment that Plaintiff take nothing, dismiss Plaintiff's suit with prejudice, assess costs against Plaintiff, and award Defendants attorney's fees, expenses and costs, and for all other relief to which it is entitled.

Respectfully submitted,

SCHWARTZ & KALINOWSKI, L.L.P.
1821 Mons Avenue
Rosenberg, Texas 77471
PHONE: (281) 342-2806
FAX: (281) 342-2807

BY: _____
DON T. SCHWARTZ
State Bar No.: 17862000

Attorney for Defendants, RUSSELL STOCKMAN, CHRISTOPHER K. BAXTER and BAXTER & SCHWARTZ, P.C.

3

## CERTIFICATE OF SERVICE

I certify that on __October 18__, 2007, in accordance with the provisions of Rule 21a, Texas Rules of Civil Procedure, I did serve a true copy of the foregoing instrument upon all attorneys of record in this cause.

_____
Don T. Schwartz

4

NO. 416-3011-07

| | | |
|---|---|---|
| GARY KING and LISA KING, Plaintiffs | § | IN THE DISTRICT COURT |
| V. | § | OF COLLIN COUNTY, TEXAS |
| OCWEN LOAN SERVICING, LLC, AS SUCCESSOR BY MERGER WITH OCWEN FEDERAL BANK, FSB, WACHOVIA BANK, N.A., F/K/A/ FIRST UNION NATIONAL BANK, AS TRUSTEE FOR AMERICAN RESIDENTIAL EAGLE CERTIFICATE TRUST 1998-1, UNKNOWN HOLDERS AND/OR OWNERS OF RESIDUAL INTEREST IN SECURITIZATION OF THE AMERICAN RESIDENTIAL EAGLE CERTIFICATE TRUST 1998-1, RUSSELL STOCKMAN, SUBSTITUTE TRUSTEE, and BAXTER & SCHWARTZ, P.C., Defendants | § | 416TH JUDICIAL DISTRICT |

## AFFIDAVIT

STATE OF TEXAS §
COUNTY OF FORT BEND §

BEFORE ME, the undersigned Notary Public, on this day personally appeared KIRK A. SCHWARTZ, who being by me duly sworn, deposed as follows:

"My name is KIRK A. SCHWARTZ and I am a licensed attorney in the State of Texas and am in good standing with the State Bar of Texas. I am of sound mind, lawful age and have never been convicted of a felony or a crime of moral turpitude, am capable of making of this Affidavit and am personally acquainted with the facts herein stated:

1. "I am the Vice-President of BAXTER & SCHWARTZ, P.C., and as Vice-President, I have day to day knowledge of the operations of said professional corporation.

2. "The factual matters contained in Defendants' Special Exceptions and Original Answer are true and correct."

EXECUTED this the 16 day of October, 2007.


KIRK A. SCHWARTZ

SWORN TO and SUBSCRIBED before me, the undersigned authority, on this the 16 day of October, 2007, by KIRK A. SCHWARTZ.

_Judy F. Janecka_
NOTARY PUBLIC, STATE OF TEXAS

JUDY F. JANECKA
Notary Public, State of Texas
My Commission Expires 11-23-2008