# EXHIBIT C

Case 4:07-cv-00431-RAS Document 10-9 Filed 12/26/2007 Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GARY KING and <br> LISA KING, <br>     Plaintiffs, <br> v. <br><br> OCWEN LOAN SERVICING, LLC, AS SUCCESSOR BY MERGER WITH OCWEN FEDERAL BANK, FSB, WACHOVIA BANK, N.A., F/K/A FIRST UNION NATIONAL BANK, AS TRUSTEE FOR AMERICAN RESIDENTIAL EAGLE CERTIFICATE TRUST 1998-1, UNKNOWN HOLDERS AND/OR OWNERS OF RESIDUAL INTEREST IN SECURITIZATION OF THE AMERICAN RESIDENTIAL EAGLE CERTIFICATE TRUST 1998-1, RUSSELL STOCKMAN, SUBSTITUTE TRUSTEE, and BAXTER & SCHWARTZ, P.C., <br><br>     Defendants. | Civil Action No. <br> Jury Demand by Plaintiffs |

### NOTICE OF CITIZENSHIP AND CONSENT TO REMOVAL

COMES NOW Defendant Baxter & Schwartz, P.C. ("Baxter & Schwartz") and, by and through undersigned counsel, hereby expressly consents to the removal of this action by Defendant Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB to this Court from the District Court of Collin County, Texas.

Baxter & Schwartz respectfully notifies the Court that it is a professional corporation organized under the laws of Texas with its principal place of business at 5450 NW Central, Suite 307, Houston, Texas 77092.

Respectfully Submitted,

By: *Don T. Schwartz, w/perm. by LLS*

DON T. SCHWARTZ
State Bar No. 17862000

SCHWARTZ & KALINOWSKI, LLP
1821 Mons Avenue
Rosenberg, Texas 77471
(281) 342-2808

Attorney for
BAXTER & SCHWARTZ, P.C.