# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GARY KING and ) <br> LISA KING, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> OCWEN LOAN SERVICING, LLC, AS ) <br> SUCCESSOR BY MERGER WITH ) <br> OCWEN FEDERAL BANK, FSB, ) <br> WACHOVIA BANK, N.A., F/K/A FIRST ) <br> UNION NATIONAL BANK, AS ) <br> TRUSTEE FOR AMERICAN ) <br> RESIDENTIAL EAGLE CERTIFICATE ) <br> TRUST 1998-1, UNKNOWN HOLDERS ) <br> AND/OR OWNERS OF RESIDUAL ) <br> INTEREST IN SECURITIZATION OF ) <br> THE AMERICAN RESIDENTIAL EAGLE ) <br> CERTIFICATE TRUST 1998-1, ) <br> RUSSELL STOCKMAN, ) <br> SUBSTITUTE TRUSTEE, and ) <br> BAXTER & SCHWARTZ, P.C., ) <br> ) <br> Defendants. ) | Civil Action No. <br> Jury Demand by Plaintiffs |

**CONSENT TO REMOVAL**

COMES NOW Defendant Russell Stockman, Substitute Trustee ("Stockman") and, by and through undersigned counsel, hereby expressly consents to the removal of this action by Defendant Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB to this Court from the District Court of Collin County, Texas.

CONSENT TO REMOVAL – Page 1

Respectfully Submitted,

By: *Don J. Schwartz* w/ perm. by us

DON T. SCHWARTZ
State Bar No. 17862000

SCHWARTZ & KALINOWSKI, LLP
1821 Mons Avenue
Rosenberg, Texas 77471
(281) 342-2808

Attorney for
RUSSELL STOCKMAN, SUBSTITUTE TRUSTEE