# EXHIBIT F

```
                                    1

 1           REPORTER'S RECORD.

 2              VOLUME ___ OF ___

 3          TRIAL CAUSE NO. 04CV1469

 4

 5   SEALY DAVIS       . IN THE DISTRICT COURT OF

 6                     .

 7   VS.               . GALVESTON COUNTY, TEXAS

 8                     .

 9   OCWEN FEDERAL BANK . 212TH JUDICIAL DISTRICT

10

11   _____

12              TRIAL

13   _____

14       On the 23rd day of November 2005, the following

15   proceedings came on to be heard in the above-entitled

16   and numbered cause before the Honorable Susan E. Criss,

17   Judge Presiding, held in Galveston, Galveston County,

18   Texas:

19       Proceedings reported by Stenographic machine.

20

21

22
```

USCA5 223

61

1 And I will just close off -- Only if I
2 had more time. I thank you your very careful
3 attention. I believe that juries are conscientious. I
4 have never been in front of one that wasn't. I have
5 watched y'all pay attention to the exhibits. I have
6 watched y'all take notes and I know that you will be --
7 you have demonstrated all along that you have been
8 conscientious and I know you will be back in the jury
9 room deliberating as well. Thank you.
10     THE COURT: Before our break Mr. Bertini
11 was telling me -- do you want to go ahead and do yours.
12     MR. BERTINI: I need to go to the
13 restroom.
14     THE COURT: All right. Let's go ahead
15 and take a break.
16     (Recess)
17     THE COURT: Mr. Bertini?
18     MR. BERTINI: Mr. Hilliard and
19 Mr. Madole have just told you that my clients did
20 nothing in this case. I'm not about to argue with
21 that. I would have done that before the break but I