IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GARY KING and | ) | |
| LISA KING, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:07-cv-493 |
| | ) | |
| OCWEN LOAN SERVICING, LLC, et al., | ) | **UNOPPOSED** |
| | ) | |
| Defendants. | ) | |

## ORDER FOR STAY OF PROCEEDINGS PENDING MDL PANEL REVIEW

On this day the Court considered Defendant Ocwen Loan Servicing, LLC's Unopposed Motion to Stay Pending MDL Panel Review. After reviewing the papers submitted by the parties and considering the arguments of counsel, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Ocwen Loan Servicing LLC's Unopposed Motion to Stay Pending MDL Panel Review is GRANTED.